IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Herold Marcel Devis | Chapter 13 Proceeding |
| Debtor(s) | 18-03273 JJT |
| WELLS FARGO BANK, N.A.<br>Movant<br>v.<br>Herold Marcel Devis<br>and<br>Charles J. DeHart, III<br>Respondents | Hearing: |

**OBJECTION TO CONFIRMATION OF PLAN**

WELLS FARGO BANK, N.A. (Movant), a secured creditor in this case objects to the confirmation of the Debtor's Chapter 13 Plan and states the following:

1. The plan does not provide for the secured creditor, WELLS FARGO BANK, N.A., to receive the full value of its claim in violation of 11 U.S.C. §1325(a)(5)(B)(ii).

2. As of the date of the filing bankruptcy on August 3, 2018, Movant is the holder of a secured claim in the amount of $244,995.55 secured by the Debtor's property located at 1330 Glade Dr, Long Pond, PA 18334. A copy of the Proof of Claim is attached hereto as Exhibit "A".

4. Debtor's plan proposes to pay movant arrears in the amount of $18,000.00 rather than the correct amount of $22,868.34. A copy of the Plan is attached hereto as Exhibit "B".

6. If the plan is confirmed, the Movant may suffer irreparable injury, loss and damage.

Respectfully Submitted,

*/s/ Harry B. Reese, Esquire*
POWERS KIRN & ASSOCIATES, LLC
Jill Manuel-Coughlin, Esquire; ID #63252
Harry B. Reese, Esquire; ID #310501
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090; Facsimile: 215-942-8661
Email: jill@pkallc.com; harry.reese@pkallc.com
Attorney for Movant
Dated: September 6, 2018